BRYAN SCHRODER
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email:Aunnie.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | No. 3:18-cr-00049-01-SLG-DMS |
| AMBER ROSE HECKER, | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| On Writ of Habeas Corpus | |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

AMBER ROSE HECKER, who is imprisoned by the State of Alaska Department of Corrections, at Hiland Mountain Correctional Center, is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v Amber Rose Hecker,</u> which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska, for the

hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

                                        BRYAN SCHRODER
                                        United States Attorney

DATED: April 19, 2018         s/Andrea T. Steward
                                        ANDREA T. STEWARD
                                        Assistant U.S. Attorney