IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>AMBER ROSE HECKER,<br><br>On Writ of Habeas Corpus | No. 3:18-cr-00049-01-SLG-DMS<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

On the Petition of Andrea T. Steward, Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring AMBER ROSE HECKER, now being held at Hiland Mountain Correctional Center before this court as a defendant in a certain cause now pending before this Court, to wit: <u>United States of America v. Amber Rose Hecker</u>, for the arraignment/initial appearance, and such other proceedings as the court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this 19th day of April, 2018, at Anchorage, Alaska.

s/Deborah M. Smith
UNITED STATES MAGISTRATE JUDGE